Ancelmo V. Ramos
406 E. Graves Ave.
Monterey Park, CA 91755
(310)809-5018

August 22, 2013

**Via Electronic Filing**

Molly C. Dwyer
Clerk of Court
United States Court of Appeals for the Ninth Circuit
The James R. Browning Courthouse
95 Seventh Street
San Francisco, California 94103

      Re:    Ancelmo V. Ramos v. Bank of America, N.A. et al.
              Case No. 12-56435

Dear Ms. Dwyer:

    In accordance with Federal Rule of Appellate Procedure 28(j) and Circuit Rule 28-6, Appellant writes to advice the Court of a supplemental authority pertinent to this appeal.

    The 5th Appellate District in the Court of Appeal of the State of California Published an opinion in *Glaski v. Bank of America, National Association et al*, on August 8, 2013. The case number is F064556, and is available at ***2013 Cal. App. LEXIS 633***.

    The 5th Appellate District supports the arguments in Section IV of Appellant's Brief ( pp. 3-4 ), Section VII of Appellant's Brief ( pp. 18,24,27,28,29,) EOR 166¶51, and Reply Brief (pp. 2,4,5,7,8,10,11,12-18) that the attempted transfers are

Molly C. Dwyer
August 22, 2013
Page 2.

fraudulent and therefore **void**. The Glaski Court held that "*[\*32] … Because the WaMu Securitized Trust was created by the pooling and servicing agreement and that agreement establishes a closing date after which the trust may no longer accept loans, this statutory provision [\*33] provides a legal basis for concluding that the trustee's attempt to accept a loan after the closing date would be void as an act in contravention of the trust document.*" The District Court erred by disregarding the backbone of Appellant Complaint that NO transfer ever occurred. In Glaski the Court stated, *"[\*35] We conclude that Glaski's factual allegations regarding postclosing date attempts to transfer his deed of trust into the[ … ]Securitized Trust are sufficient to state a basis for concluding **the attempted transfers were void.**"*

In Appellant's case MERS, Inc. a non-beneficiary recorded in the County recorder's Office an attempt to transfer a Deed of Trust three and a half years after the trust had closed EOR 58 and another Deed of Trust five years after the trust had closed EOR 150-152. The 5th Appellate District in the Court of Appeal of the State of California lends compelling support to Appellant in that the District Court erred in granting motion to dismiss to Appellees and effectively ensures that Appellant's case survives beyond the pleading stage.

                                                   Sincerely,

                                                "s/" Ancelmo v. Ramos
                                                _____
                                                Ancelmo V. Ramos
                                                     Pro Se