No. 12-56435

# United States Court Of Appeals
# For The Ninth Circuit

ANCELMO RAMOS

*Plaintiff and Appellant,*

vs.

BANK OF AMERICA, N.A., ET AL.,

*Defendants and Appellees.*

*Appeal from United States District Court, Central District of California*
*Case No. 2:12-CV-00562 DMG JEM • The Honorable Dolly M. Gee*

# Supplemental Corporate Disclosure

Jan T. Chilton (State Bar No. 47582)
M. Elizabeth Holt (State Bar No. 263206)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants and Appellees
BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A.;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; IMPAC FUNDING
CORPORATION; & DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE

# SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT
[Fed. R. App. 26.1]

Pursuant to Fed. R. App. P. 26.1, defendants and appellees state:

Bank of America Corporation, a publicly held corporation, directly or indirectly owns 10% or more of defendant and appellee Bank of America, N.A.

Bank of America Corporation, a publicly held corporation, directly or indirectly owns 10% or more of defendant and appellee ReconTrust Company, N.A..

Impac Funding Corporation is a wholly owned subsidiary of Impac Mortgage Holding, Inc., a publicly traded corporation trading on the New York Stock Exchange under the symbol IMH.

Deutsche Bank National Trust Company is a subsidiary of Deutsche Bank AG, a publicly traded company trading on the New York Stock Exchange under the symbol DB.

Mortgage Electronic Registration Systems, Inc. is a wholly-owned subsidiary of MERSCORP Holdings, Inc. which is owned by Maroon Holding, LLC. Intercontinental Exchange, Inc., a publicly-held corporation, owns 10% or more of Maroon Holding, LLC.

DATED:  August 8, 2016     SEVERSON & WERSON
                           A Professional Corporation


                           By:    */s/ Jonah S. Van Zandt*
                           _____
                                  Jonah S. Van Zandt

                           Attorneys for Defendants and Appellees

                           Bank of America, N.A.; ReconTrust Company,
                           N.A.;   Mortgage   Electronic   Registration
                           Systems, Inc.; Impac Funding Corporation; &
                           Deutsche Bank National Trust Company, as
                           Trustee

## CERTIFICATE OF SERVICE

*Ancelmo Ramos v. Bank of America, N.A., et al.*
Ninth Circuit Court of Appeals Case No. 12-56435

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On August 8, 2016, I served true copies of the following document(s):

**Supplemental Corporate Disclosure**

on the interested parties in this action as follows:

Ancelmo V. Ramos                    *Plaintiff and Appellant, Pro Per*
406 E. Graves Avenue
Monterey Park, CA 91755             E: ancelmoramosv@gmail.com

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Landa Chappell*
Landa M. Chappell